```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUNIOR GERONIMO ROSSIS, ET AL.,

          Plaintiffs,

  - against -

MARIO PABLITO GROCERY CORP., et al.,

          Defendants.

22-cv-9259 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

The time to respond to the complaint is extended to **February 28, 2023**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **March 14, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

The conference scheduled for **February 28, 2023** is **canceled**.

SO ORDERED.

Dated:    New York, New York
          February 14, 2023

                                          John G. Koeltl
                                     United States District Judge