```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JUNIOR GERONIMO ROSSIS,

       - against -

MARIA PABLITO GROCERY CORP., ET AL.,

       Defendants.

22-cv-9259 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April 11, 2023.

SO ORDERED.

Dated:    New York, New York
           March 27, 2023

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                                 United States District Judge