UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUNIOR GERONIMO ROSSIS, *individually and on behalf of others similarly situated,*

Civil Action No. **22-cv-09259-JGK**

*Plaintiff,*

-against-

[Proposed Form Of]
**JUDGMENT**

MARIA PABLITO GROCERY CORP. (D/B/A MARIA PABLITO DELI & GROCERY), N & L GROCERY STORE INC. (D/B/A MARIA PABLITO DELI & GROCERY), ELVIN PIMENTEL, and JUAN ROSARIO,

*Defendants.*
-----------------------------------------------------------------X

## JUDGMENT

On July 20, 2023 Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JUNIOR GERONIMO ROSSIS, have judgment against MARIA PABLITO GROCERY CORP. (D/B/A MARIA PABLITO DELI & GROCERY), N & L GROCERY STORE INC. (D/B/A MARIA PABLITO DELI & GROCERY), ELVIN PIMENTEL, and JUAN ROSARIO, jointly and severally, in the amount of Thirty Five Thousand Dollars and No Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

Dated: 7/21, 2023

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE